```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**LENZZIE R. VANCE,**

       Petitioner,

      vs.                            Civil Action 2:10-CV-746
                                          Judge Marbley
                                          Magistrate Judge King

**WARDEN, HOCKING CORRECTIONAL FACILITY,**

       Respondent.

## ORDER

    Final judgment dismissing this action was entered on February 3, 2012, Doc. No. 41, and petitioner has filed a notice of appeal from that judgment, Doc. No. 42.  This Court receives that notice of appeal as including a certificate of appealability.

    For the reasons stated in the *Report and Recommendation*, Doc. No. 31, and in this Court's order adopting that *Report and Recommendation*, Doc. No. 40, the Court **DECLINES** to issue a certificate of appealability.

    Moreover, petitioner is **DIRECTED** to pay the filing fee within 30 days or submit an application for leave to proceed on appeal without payment of fees.  His failure to do so may result in the dismissal of his appeal.

                                                  *s/Algenon L. Marbley*
                                                 Algenon L. Marbley
                                           United States District Judge